No. 66453.—Heads and Threads, Inc., and Eastern Heads and Threads, Inc. *v.* United States, protests 60/9477 and 60/6795 (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

No. 66454.—Ignaz Strauss & Co., Inc. *v.* United States, protests 183289–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks and candelabras similar in all material respects to those the subject of Abstract 62036, except that they are not plated with platinum, gold, or silver, nor colored with gold lacquer, the claim of the plaintiff was sustained.

No. 66455.—Dessy Atco, Inc. *v.* United States, protests 315308–K(D), etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the items marked "A" were held dutiable at 30 percent under paragraph 1208, as modified, *supra*, as knit nylon gloves similar in use to silk gloves, and the items marked "B" at 30 percent under paragraph 915, as modified, *supra*, as knit nylon gloves similar in use to cotton gloves.